O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. SYMONDS,, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br>　　　　　Defendant. | CASE NO. ED CV 12-00467 RZ <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:   December 27, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE